**MONEC HOLDING AG, Plaintiff–Appellant,**

v.

**APPLE INC., Defendant–Appellee.**

**No. 2009–1526.**

United States Court of Appeals, Federal Circuit.

Feb. 5, 2010.

Joseph D. Wilson III, Kelley, Drye & Warren, LLP, Washington, DC, Steven J. Moore, James Edward Nealon, Delphine W. Knight, Brown, Kelley, Drye & Warren, LLP, Stamford, CT, for Plaintiff–Appellant.

John P. Corrado, Deanne E. Maynard, Morrison & Foerster, LLP, Washington, DC, Michael A. Jacobs, Richard S.J. Hung, Morrison & Foerster, LLP, San Francisco, CA, for Defendant–Appellee.

### ON MOTION

### *ORDER*

Upon consideration of the parties' joint motion to remand this case *Monec Holding AG v. Apple Inc.*, to the United States District Court for the Eastern District of Virginia, in case no. 09–CV–00312, for further proceedings consistent with the settlement agreement reached by the parties and, specifically to allow the District Court to grant the parties' joint motion for vacatur,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.